UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: **16-21222-CIV-LENARD/GOODMAN**

FRANK PAVEL MORA FORTE A/K/A )
FRANK MORA, and all others similarly )
situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiff, )
vs. )
　　　　　　　　　　　　　　　　　　 )
EXCELL ELECTRIC SYSTEMS LLC, )
HUMBERTO T SEZUMAGA, and )
TALIA SEZUMAGA, )
　　　　　　　　　　　　　　　　　　 )
　　　　Defendants. )

**SUMMONS IN A CIVIL ACTION**

To:
EXCELL ELECTRIC SYSTEMS LLC
c/o Humberto Sezumaga, Registered Agent
8130 SW 138th St
Palmetto Bay, FL 33158

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　　　　J.H. Zidell, Esq.
　　　　　　　　J.H. Zidell P.A.
　　　　300 71ST Street, Suite 605
　　　　Miami Beach, Florida 33141

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**APRIL 7, 2016**



Steven M. Larimore
Clerk of Court

SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.:   **16-21222-CIV-LENARD/GOODMAN**

FRANK PAVEL MORA FORTE A/K/A )
FRANK MORA, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
Plaintiff, )
vs. )
)
EXCELL ELECTRIC SYSTEMS LLC, )
HUMBERTO T SEZUMAGA, and )
TALIA SEZUMAGA, )
)
Defendants. )

## SUMMONS IN A CIVIL ACTION

To:
HUMBERTO T SEZUMAGA
8130 SW 138th St
Palmetto Bay, FL 33158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**APRIL 7, 2016**



SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: **16-21222-CIV-LENARD/GOODMAN**

FRANK PAVEL MORA FORTE A/K/A )
FRANK MORA, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
)
        Plaintiff, )
vs. )
)
)
EXCELL ELECTRIC SYSTEMS LLC, )
HUMBERTO T SEZUMAGA, and )
TALIA SEZUMAGA, )
)
)
        Defendants. )

## SUMMONS IN A CIVIL ACTION

To:
TALIA SEZUMAGA
8130 SW 138th St
Palmetto Bay, FL 33158

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**APRIL 7, 2016**

Steven M. Larimore
Clerk of Court

SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts